

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00220-CV

| | | |
|---|---|---|
| DR. JESSE SMITH, M.D., Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-294454-17) |
| V. | | |
| | § | November 29, 2018 |
| CRESTVIEW NUV, LLC, ON ITS OWN BEHALF AND DERIVATIVELY ON BEHALF OF NUVIVO BIOSCIENCE SOLUTIONS, LLC., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal and holds that there was no reversible error. Therefore, this court affirms the denial of appellant Dr. Jesse Smith, M.D.'s motion to dismiss. Appellant Dr. Jesse Smith, M.D. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel